EILEEN M. DECKER
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
GAVIN L. GREENE (Cal. Bar No. 230807)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-4600
    Facsimile: (213) 894-0015
    E-mail: Gavin.Greene@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| IP Networks, Inc. a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>Fiberco, Inc., a California corporation; Fiberco, General Engineering Contractors, Inc., a California corporation; Circle R Investments, a California general partnership; Internal Revenue Service, an agency of the United States of America; and Does 1 through 50, inclusive,<br><br>Defendants. | Case No. SACV 14-00029 AG (ANx)<br><br>Judgment Resolving the Interpleader and Distributing the Remaining Funds |

Based on the Stipulation to Resolve the Interpleader and Distribute the Remaining Funds ("Stipulation"), and for good cause shown, the Stipulation is GRANTED.

**IT ORDERED** that the Clerk of the Court shall distribute the amounts currently on deposit as follows:

1

First, $304,908.98 to the United States to be applied to the employment and unemployment tax liabilities of Fiberco.

Second, $100,000.00 to the United States to be applied in the best interests of the government in partial satisfaction of the income tax liabilities of David Zuniga.

Third, the remaining $143,191.59 plus interest to Fiberco.

**IT IS FURTHER ORDERED** that checks shall be addressed and mailed as follows:

| Party | Check Payee | Amount | Address |
| --- | --- | --- | --- |
| United States | United States Department of Justice | $404,908.98 | AUSA Gavin Greene 300 N. Los Angeles St. Los Angeles, CA 90012 |
| Fiberco | Fiberco, General Engineering Contractors, Inc. | $143,191.59 plus interest | Fiberco 211 North Granite, Suite E Corona, CA 91719 |

**IT IS FURTHER ORDERED** that this judgment resolves all remaining issues in this interpleader.

Dated: September 17, 2015

_____
ANDREW J. GUILFORD
United States District Judge

Respectfully submitted,
EILEEN M. DECKER
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
 /s/
GAVIN L. GREENE
Assistant United States Attorney
Attorneys for United States of America

2